# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Crown Castle GT Company LLC, a Delaware limited liability company,<br><br>　　　Plaintiff,<br><br>v.<br><br>City of Escondido, a municipal corporation; Rincon del Diablo Municipal Water District, a public agency; and DOES 1-20,<br><br>　　　Defendants. | Case No.: 06-CV-2183-JAH-NLS<br><br>ORDER RE DISMISSAL OF ACTION<br><br>The Honorable John A. Houston |

## **ORDER**

Having considered the foregoing Stipulation, IT IS SO ORDERED that:

*Crown Castle GT Company LLC v. City of Escondido, et al.,* Case No. 06-CV-02183 JAH (NLS), is hereby dismissed without prejudice pursuant to FRCP 41(a)(1), the parties to bear their own costs, including attorneys' fees.

IT IS SO ORDERED.

Dated: September 28, 2007

_____
UNITED STATES DISTRICT COURT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28